

## CAMPOLO, MIDDLETON & McCORMICK, LLP

December 17, 2025

*Via ECF*

**MEMO ENDORSED**

Honorable Sidney H. Stein
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

**Re:    AeroCine Ventures, Inc. d/b/a Vermeer v. Derek Davis**
**Civil Action No.: 1:25-cv-09676-SHS**

Dear Judge Stein:

This firm represents Plaintiff-Counterclaim Defendants, AeroCine Ventures, Inc. d/b/a Vermeer and Brian Streem in the above-referenced action. On consent of all parties, we respectfully request an adjournment of the Initial Conference currently scheduled for January 7, 2026 to February 11, 2026 or a date that is convenient to the Court. The reason the adjournment is required is to allow the parties sufficient time to meet and confer in advance of the Initial Conference in accordance with the Court's Order dated November 26, 2025 (ECF Doc. No. 6). Plaintiff-Counterclaim Defendants' time to respond to the counterclaims was extended to January 12, 2026 by Order dated today (ECF Doc. No. 12), and the upcoming holiday period makes scheduling a meaningful meet and confer challenging during the current timeframe. No prior requests for adjournment have been made, and this adjournment does not affect any other current deadlines in the case.

Thank you for your consideration of this request.

Respectfully,

**The initial conference is adjourned to February 11, 2026, at 2:30 p.m. An email with the Teams link for the teleconference will be emailed to counsel.**

**CAMPOLO, MIDDLETON
& McCORMICK, LLP**

**Dated: New York, New York
December 17, 2025**

By:    Jeffrey V. Basso, Esq.

**SO ORDERED:**

Sidney H. Stein, U.S.D.J.

/ngf

TO:    *Counsel of record via ECF (Pacer)*