UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

AEROCINE VENTURES, INC.,                          :          25-cv-9676 (SHS)

                      Plaintiff,                          :          <u>ORDER</u>

      -v-                                             :

DEREK DAVIS,                                                     :

                 Defendant.                       :

-----------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

The Court is in receipt of the joint letter from the parties dated January 28, 2026 [Doc. No. 16.

IT IS HEREBY ORDERED that:

1. The deadline for completion of Rule 26(a) initial disclosures is February 10, 2026;

2. The parties shall exchange itemized document requests for Phase 1 discovery on or before February 18, 2026;

3. The last day for completion of Phase 1 discovery production is March 13, 26;

4. The parties shall meet and confer and notify the Court as to whether they intend to request a settlement conference or referral to mediation by April 6, 2026; and

5. The initial pretrial conference remains on February 11, 2026, at 2:30 p.m.

Dated: New York, New York
       February 2, 2026

SO ORDERED:

Sidney H. Stein, U.S.D.J.