UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

AEROCINE VENTURES, INC.,                       :        25-cv-9676 (SHS)

                              Plaintiff,       :        ORDER

          -v-                                  :

DEREK DAVIS,                                   :

                              Defendant.       :

-----------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

The initial pretrial conference having been held today via MS Teams, with counsel for all parties participating,

IT IS HEREBY ORDERED that:

1.       The parties shall exchange itemized document requests for Phase 1 discovery on or before February 18, 2026;

2.       The last day for completion of Phase 1 discovery production is March 13, 2026;

3.       The parties shall meet and confer and notify the Court as to whether they intend to request a settlement conference or referral to mediation by April 6, 2026;

4.       The last day for any motion to join new parties or amend pleadings is May 4, 2026;

5.       The last day to serve first requests for production of documents and interrogatories is May 4, 2026;

6.       The last day for completion of fact discovery is July 6, 2026;

7.       The last day for the parties to exchange expert reports is July 20, 2026;

8.       The last day for rebuttal expert reports is August 10, 2026;

9.       The last day to complete expert depositions is September 7, 2026;

-1-

-2-

10.    The last day to complete all discovery is September 7, 2026; and

11.    There will be a pretrial conference on March 31, 2026, at 2:30 p.m.

Dated: New York, New York
      February 11, 2026

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.