UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AEROCINE VENTURES, INC.,

                              Plaintiff,

            -v-

DEREK DAVIS,

                              Defendant.

25-cv-9676 (SHS)

ORDER

---

SIDNEY H. STEIN, U.S. District Judge.

A status conference having been held today via MS Teams, with counsel for all parties participating, it is hereby ordered that there shall be a status conference in this action on June 10, 2026, at 9:30 a.m. via MS Teams.

Dated:  New York, New York
        March 31, 2026

SO ORDERED:

Sidney H. Stein, U.S.D.J.