UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x

AEROCINE VENTURES, INC.,                          :        25-cv-9676 (SHS)

                          Plaintiff,              :        ORDER

             -v-                                  :

DEREK DAVIS,                                      :

                          Defendant.              :

--------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

A status conference having been held today via MS Teams, with counsel for all parties participating,

IT IS HEREBY ORDERED that:

1. The last day for completion of fact discovery is August 7, 2026;

2. The last day for the parties to exchange expert reports is August 21, 2026;

3. The last day for rebuttal expert reports is September 11, 2026;

4. The last day to complete expert depositions is October 2, 2026;

5. The last day to complete all discovery is October 2, 2026; and

6. There will be a status conference via MS Teams on October 2, 2026, at 2:00 p.m.

Dated: New York, New York
       June 10, 2026

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.

-1-